NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINALD L. SYDNOR,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3128

---

Petition for review of the Merit Systems Protection Board in case no. CB7521100003-T-1.

---

## ON MOTION

---

## ORDER

Reginald L. Sydnor moves to correct the Merit Systems Protection Board's certified index.

Sydnor asserts that the certified index incorrectly omits two documents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The Merit Systems Protection Board is directed to respond within 21 days of the date of filing of this order.

(2)  The briefing schedule is temporarily stayed.

FOR THE COURT

JUL 2 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Reginald L. Sydnor
James R. Sweet, Esq.
Jeff Gaugher, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2011

JAN HORBALY
CLERK